```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VICENTE SANCHEZ-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-0388 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| VICENTE SANCHEZ-LOPEZ, | ) Date: October 30, 2007 |
| | ) Time: 9:30 A.M. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of October 10, 2007 be vacated and a new date of October 30, 2007 be set for status.  The defense is engaged in investigation and research into the conviction underlying his deportation, which would also be used to enhance any possible sentence in this case.  Additional time is needed to perform this research.

1    It is further stipulated and agreed between the parties that the
2 period beginning October 10, 2007 to October 30, 2007, should be
3 excluded in computing the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial Act
5 for defense preparation.  All parties stipulate and agree that this is
6 an appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4).

9 Dated:  October 5, 2007                Respectfully submitted,

10                                        DANIEL BRODERICK
                                         Federal Defender

12                                            /S/NED SMOCK
                                         NED SMOCK
13                                       Assistant Federal Defender
                                         Attorney for Defendant
14                                       VICENTE SANCHEZ-LOPEZ

16                                       MCGREGOR W. SCOTT
                                         United States Attorney

17 Dated:  October 5, 2007
                                           /S/ KYLE REARDON
18                                       KYLE REARDON
                                         Assistant U.S. Attorney

20                        **ORDER**

21    **IT IS SO ORDERED.**

22 DATED: October 9, 2007

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2