DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICENTE SANCHEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr-S-07-388 LKK |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| VICENTE SANCHEZ-LOPEZ, | ) | Date: November 27, 2007 |
| | ) | Time: 9:30 A.M. |
| Defendants. | ) | Judge: Hon. Lawrence K. Karlton |

This matter came on for Status Conference on October 30, 2007, in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. Assistant United States Attorney Sean Flynn appeared for the United States of America. Assistant Federal Defender Ned Smock appeared on behalf of Defendant Vicente Sanchez-Lopez. The parties, stipulate and agree that the time period between October 30, 2007, and November 27, 2007 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel and defense preparation.

IT IS ORDERED that this matter is continued to November 27, 2007,

1  at 9:30 a.m. for Status Conference.
2         IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
3  (iv) and Local Code T4, the period from October 30, 2007, up to and
4  including November 27, 2007, is excluded from the time computations
5  required by the Speedy Trial Act due to ongoing preparation of counsel.

7  Dated: October 31, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2