DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VICENTE SANCHEZ-LOPEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-07-388 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| VICENTE SANCHEZ-LOPEZ, | Date: January 3, 2008 |
| | Time: 9:30 A.M. |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

    This matter came on for Status Conference on November 27, 2007, in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge.  Assistant United States Attorney Kyle Reardon appeared for the United States of America.  Assistant Federal Defender Ned Smock appeared on behalf of Defendant Vicente Sanchez-Lopez. The parties, stipulate and agree that the time period between November 27, 2007, and January 3, 2008 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel and defense preparation.

    IT IS ORDERED that this matter is continued to January 3, 2008, at

1 | 9:30 a.m. for Status Conference.

2 |     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
3 | (iv) and Local Code T4, the period from November 27, 2007, up to and
4 | including January 3, 2008, is excluded from the time computations
5 | required by the Speedy Trial Act due to ongoing preparation of counsel.

7 | Dated: January 2, 2008

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```