DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICENTE SANCHEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0388 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| VICENTE SANCHEZ-LOPEZ, ) | Date: January 15, 2007 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 03, 2008 be vacated and a new date of January 15, 2008 be set for status.  The defense needs to meet with the defendant and the Spanish interpreter to discuss a possible disposition to this case.
   It is further stipulated and agreed between the parties that the period beginning January 03, 2008 to January 15, 2008, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated:  December 28, 2007               Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                           /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        VICENTE SANCHEZ-LOPEZ


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  December 28, 2007
                                         /S/ KYLE REARDON
                                        KYLE REARDON
                                        Assistant U.S. Attorney


                             **ORDER**

   **IT IS SO ORDERED.**

DATED: January 2, 2008


                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2