```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  VICENTE SANCHEZ-LOPEZ

 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,       ) No. CR-S-07-0388 LKK
                                    )
13             Plaintiff,           )
                                    ) STIPULATION AND ORDER
14       v.                         )
                                    )
15  VICENTE SANCHEZ-LOPEZ,          ) Date: January 23, 2008
                                    ) Time: 9:30 A.M.
16                                  )
                                    ) Judge: Hon. Lawrence K. Karlton
17             Defendant.           )
    _____
18
```

19     IT IS HEREBY STIPULATED by and between the parties hereto through

20 their respective counsel, KYLE REARDON, Assistant United States

21 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

22 Defender, attorney for defendant, that the current Status Conference

23 date of January 15, 2008 be vacated and a new date of January 23, 2008

24 be set for status/change of plea.  The parties have negotiated a

25 proposed plea agreement, but the defense needs one week to review it

26 with the defendant and allow him to consider his options.

27     It is further stipulated and agreed between the parties that the

28

1  period beginning January 15, 2008 to January 23, 2008, should be
2  excluded in computing the time within which the trial of the above
3  criminal prosecution must commence for purposes of the Speedy Trial Act
4  for defense preparation.  All parties stipulate and agree that this is
5  an appropriate exclusion of time within the meaning of Title 18, United
6  States Code, Section 3161(h)(8)(iv) (Local Code T4).

8  Dated:   January 11, 2008              Respectfully submitted,
9                                          DANIEL BRODERICK
                                           Federal Defender

11                                              /S/NED SMOCK
                                           NED SMOCK
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13                                         VICENTE SANCHEZ-LOPEZ

                                           MCGREGOR W. SCOTT
15                                         United States Attorney

16  Dated:   January 11, 2008
                                             /S/ KYLE REARDON
17                                         KYLE REARDON
                                           Assistant U.S. Attorney

19                              **ORDER**

20      **IT IS SO ORDERED.**

21  DATED: January 11, 2008

                                           _____
                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT

2